IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,

        Petitioners,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

        Respondent.

Civil Action No. 18-cv-1373

[PROPOSED] ORDER

Upon consideration of the motion of Elliot Friedman, attorney for Petitioners, dated June 8, 2018 and the Declaration of Robert J. McCallum, dated June 8, 2018, it is, this ___ day of __June__, 2018, ORDERED that

    Robert J. McCallum
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
    601 Lexington Avenue, 31st Floor
    New York, NY 10022
    rob.mccallum@freshfields.com

is admitted *pro hac vice* as counsel for Petitioners in the above-captioned case in the United States District Court for the District of Columbia.

By: _____
United States District Judge