UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TENARIS S.A., et al., | ) ) ) | |
| Petitioners, | ) | |
| v. | ) ) | Civil Action No. 18-1373 (PLF) |
| BOLIVARIAN REPUBLIC OF VENEZUELUA, | ) ) ) ) | |
| Respondent. | ) ) | |

ORDER

On June 8, 2018, petitioners filed a petition to confirm an arbitral award against respondent. See Dkt. 1. Corporate disclosure statements, a motion for admission pro hac vice, and a copy of the electronic summons followed in the next few days. No documents have been filed in this case since June 2018. The Court has no evidence that petitioners have effected service on respondent. Accordingly, it is hereby

ORDERED that, on or before April 2, 2019, petitioners shall submit a status report apprising the Court of any developments in this case and how petitioner is planning to proceed. The report shall include information on what efforts petitioners have made to serve respondents and the date by which they anticipate service may be completed.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: March 12, 2019