Case 1:18-cv-01373-CJN Document 20 Filed 01/28/20 Page 1 of 1

*Let this be filed.*
*CJN*
*January 28, 2020*



**United States District Court**
**for the District of Columbia**
333 Constitution Avenue, NW
Washington, DC 20001

Chambers of
Christopher R. Cooper
United States District Judge

January 7, 2020

Telephone: (202) 354-3480

José Ignacio Hernández
Special Attorney General of Venezuela
c/o Consulate of the Bolivarian Republic of Venezuela
7 East 51st St.
New York, NY 10022

Dear Special Attorney General Hernández,

    I write to inform you of two cases pending in this Court against the Republic of Venezuela: *Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA v. Bolivarian Republic of Venezuela*, 1:18-cv-1371-CRC, which is before the undersigned, and *Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA v. Bolivarian Republic of Venezuela*, 1:18-cv-1373-CJN, which is before my colleague, the Honorable Carl J. Nichols. The Petitioner in both cases seeks to confirm arbitral awards entered against Venezuela by separate panels authorized by the International Center for Settlement of Investment Disputes ("ICSID").

    Venezuela has not entered an appearance in either case. As a result, the Clerk of the Court has entered defaults against the country and Petitioners have moved for default judgments in both cases. I understand that you are authorized by the Venezuelan National Assembly to represent the Republic and to appoint legal counsel in cases outside of Venezuela, and that you have done so in other cases in this Court. Based on that understanding, I respectfully request that Venezuela advise the Court in both cases, by February 14, 2020, whether it intends to enter its appearance and contest the pending default judgment motions. The Court will defer any decision on the motions until that date.

    Thank you for your consideration of this matter.

Sincerely,

Christopher R. Cooper
United States District Judge

cc:    The Honorable Carl J. Nichols

    Embassy of the Bolivarian Republic of Venezuela to the United States
    1099 30th St. NW # 2
    Washington, DC 20007

    David Yury Livshiz & Elliot Friedman (by ECF)
    Freshfields Bruckhaus Deringer US LLP
    601 Lexington Ave.
    New York, NY 10022
    *Counsel for Tenaris S.A., et al.*