**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TENARIS S.A., TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>*Petitioners*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Respondent*. | Case No. 1:18-cv-1373-CJN |

**[PROPOSED] STIPULATED ORDER FOR EXTENSION OF RESPONDENT'S
DEADLINE TO RESPOND TO MOTION FOR DEFAULT JUDGMENT**

Petitioners Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA (together "Tenaris"), and Respondent Bolivarian Republic of Venezuela (the "Republic"), by and through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, on June 8, 2018, Tenaris filed a Petition to Recognize and Enforce an ICSID Arbitration Award (the "Petition");

WHEREAS, on July 26, 2019, the Republic was served pursuant to 28 U.S.C. § 1608(a)(4);

WHEREAS, on October 30, 2019, Tenaris requested that the Clerk enter default as to the Republic and on October 31, 2019, the Clerk entered default as to the Republic;

WHEREAS, on November 5, 2019, Tenaris moved for entry of default judgment against the Republic;

WHEREAS, on January 7, 2020, the Honorable Christopher R. Cooper sent a letter to the Special Attorney General of Venezuela José Ignacio Hernández to inform the Republic that Tenaris had moved for entry of a default judgment in the above-captioned case as well as another

case pending before Judge Cooper, *Tenaris S.A., et al. v. Bolivarian Republic of Venezuela*, No. 18-cv-1371-CRC (D.D.C.), and to advise the Special Attorney General that this Court would not take any action on those motions until February 14, 2020;

WHEREAS, the Special Attorney General submitted a letter, dated January 17, 2020, on behalf of the Republic to thank the Court for its letter and advising the Court that counsel for the Republic would file responses to Tenaris's motions by February 14, 2020; and

WHEREAS, the parties are engaged in discussions regarding the appropriate path forward in the above-captioned case and wish for additional time to continue such discussions.

It is hereby STIPULATED and AGREED by counsel for the parties that the Respondent's deadline to respond to Tenaris's motion for entry of default judgment is extended until February 28, 2020.  Neither the terms nor the existence of this Stipulation shall be relied upon by Tenaris or the Republic in support of any argument on the merits of the Petition or any response thereto.  For the avoidance of doubt, all parties reserve their respective rights and do not waive any rights they may have.

- 3 -

| | |
|---|---|
| Dated:   Washington, D.C.<br>           February 14, 2020 | AGREED AND CONSENTED TO, |
| FRESHFIELDS BRUCKHAUS<br>   DERINGER US LLP | CURTIS, MALLET-PREVOST,<br>   COLT & MOSLE LLP |
| By:  */s/ Elliot Friedman*<br>Elliot Friedman<br>(D.C. Bar No. NY0106)<br>David Y. Livshiz<br>(D.C. Bar No. NY0269)<br>601 Lexington Ave., 31st Floor<br>New York, New York 10022<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>*elliot.friedman@freshfields.com*<br>*david.livshiz@freshfields.com* | By:  */s/ Joseph D. Pizzurro*<br>Joseph D. Pizzurro<br>(D.C. Bar No. 468922)<br>Kevin A. Meehan<br>(D.C. Bar No. 1613059)<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel.:  (202) 452-7373<br>Fax:  (202) 452-7333<br>Email:  jpizzurro@curtis.com<br>Email: kmeehan@curtis.com |
| *Attorneys for Petitioners Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA* | *Attorneys for Respondent Bolivarian Republic of Venezuela* |

SO ORDERED:

_____
HON. CARL J. NICHOLS
United States District Judge

Entered: _____