IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　　　　Respondent. | Civil Action No. 18-1373 (CJN) |

**PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda (together, the "Petitioners") respectfully notify the Court of the recent decision in *Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, No. 18-01371, 2020 WL 3265476 (D.D.C. June 17, 2020) ("*Tenaris I*") (attached hereto as Exhibit A).

In circumstances materially identical to those present here, the District Court in *Tenaris I* recognized and enforced Petitioners' ICSID arbitration award. The District Court in *Tenaris I* also refused to grant the stay of enforcement sought by the Bolivarian Republic of Venezuela.

The *Tenaris I* decision thus further supports the relief sought in Petitioners' petition.

1

Dated: June 22, 2020
         New York, New York

                                        Respectfully submitted,
                                        By:           /s/ Elliot Friedman

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
David Y. Livshiz (D.C. Bar No. NY0269)
Cameron C. Russell (D.C. Bar No. NY0321)
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 277-4000
Facsimile:  (212) 277-4001
*elliot.friedman@freshfields.com*
*david.livshiz@freshfields.com*
*cameron.russell@freshfields.com*

*Attorneys for Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda*