UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENARIS S.A., TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>*Petitioners*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Respondent*. | Case No. 1:18-cv-1373-CJN |

## RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

Respondent Bolivarian Republic of Venezuela (the "Republic") respectfully submits this response to the notice of supplemental authority filed by Petitioners Tenaris S.A. and Talta-Trading E Marketing Sociedade Unipessoal LDA (together "Tenaris"), dated June 22, 2020 [Dkt. No. 27], regarding the decision recently issued by the Honorable Christopher R. Cooper in *Tenaris S.A., et al. v. Bolivarian Republic of Venezuela ("Tenaris I")*, No. 18-cv-1371-CRC, 2020 U.S. Dist. LEXIS 106397 (D.D.C. June 17, 2020).

Both the above-captioned case and *Tenaris I* are actions to confirm arbitral awards against the Republic. The Republic has not objected to confirmation of the awards in either case. The parties nevertheless dispute the same three issues in both cases: (1) whether the judgment confirming the award should bear post-judgment interest at the rates specified in the awards or the federal statutory rate mandated under 28 U.S.C. § 1961; (2) whether Tenaris is entitled to recover attorney's fees and costs incurred in bringing its enforcement actions; and (3) whether execution of any judgments entered on the awards should be stayed in light of the Venezuela sanctions program, which prohibits enforcement of judgments against the Republic's assets in the United States.

Judge Cooper's decision in *Tenaris I* ruled in favor of the Republic on two of these disputed issues. Judge Cooper rejected Tenaris's request for compound post-judgment interest and held, instead, that the judgment on the award must bear simple interests at the federal statutory rate mandated in 28 U.S.C. § 1961. *Tenaris I*, 2020 U.S. Dist. LEXIS 106397, at *6-8. Judge Cooper also rejected Tenaris's request to recover attorney's fees and costs. *Id.* at *8. However, Judge Cooper declined to stay execution of the judgment in *Tenaris I*, explaining: "Because Petitioners will need to obtain OFAC approval before they can enforce the award, there is no need for the Court to stay the judgment." *Id.* at *10.

Dated: Washington, D.C.
June 23, 2020

Respectfully submitted,

CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP

By: */s/ Joseph D. Pizzurro*
Joseph D. Pizzurro
(D.C. Bar No. 468922)
Kevin A. Meehan
(D.C. Bar No. 1613059)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel.: (202) 452-7373
Fax: (202) 452-7333
Email: jpizzurro@curtis.com
Email: kmeehan@curtis.com

*Attorneys for Respondent Bolivarian Republic of Venezuela*