IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENARIS S.A. and TALTA-TRADING E MARKETING SOCIEDADE UNIPESSOAL LDA,<br><br>Petitioners,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Civil Action No. 18-1373 (CJN) |

**NOTICE OF PROPOSED ORDER OF JUDGMENT**

Pursuant to the Court's Order dated March 29, 2021, ECF No. 29 (the "Order"), Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda (together, "Petitioners") respectfully submit a proposed order of judgment "reflecting the amount of the constituent parts of the Award." Order at 1. That proposed order of judgment is attached hereto as Exhibit 1.

The Court's Order also directed Petitioners to provide "a brief summary of its calculation of interest performed consistent with the Court's Memorandum Opinion." *Id.* The Award orders Respondent the Bolivarian Republic of Venezuela to pay Petitioners: (*i*) damages in the amount of US$137,017,887; (*ii*) interest on this amount accruing from April 30, 2008 at a rate equal to the LIBOR for one-year USD deposits plus 4% *per annum* with the interest rate redefined every year from April 30, 2008 onwards, and interest compounded on a year-in-arrears basis, which amounts to US$136,635,879 as of April 30, 2021, as explained below; and (*iii*) costs in the amount of US$3,290,000. *See* Blackaby Declaration dated June 8, 2018, Ex. A (Award) at ¶ 892, ECF No. 1-3.

1

The table below summarizes Petitioners' calculations of interest on the Award as provided for by the Tribunal, from April 30, 2008 until April 30, 2021 (as a proxy for the date of entry of a final judgment in this case).[1]

| Date of valuation | Interest rate applicable to date of valuation (LIBOR + 4%) | Cumulative interest on Award | Total value of Award[2] |
|---|---|---|---|
| April 30, 2008 |  | US$0 | US$140,307,887 |
| April 30, 2009 | 7.08% | US$9,699,154 | US$150,007,041 |
| April 30, 2010 | 5.88% | US$18,321,538 | US$158,629,425 |
| April 30, 2011 | 5.02% | US$26,112,789 | US$166,420,676 |
| April 30, 2012 | 4.76% | US$33,879,440 | US$174,187,327 |
| April 30, 2013 | 5.05% | US$42,504,970 | US$182,812,857 |
| April 30, 2014 | 4.70% | US$50,950,623 | US$191,258,510 |
| April 30, 2015 | 4.55% | US$59,501,311 | US$199,809,198 |
| April 30, 2016 | 4.71% | US$68,748,030 | US$209,055,917 |
| April 30, 2017 | 5.23% | US$79,508,559 | US$219,816,446 |
| April 30, 2018 | 5.77% | US$92,010,796 | US$232,318,683 |
| April 30, 2019 | 6.77% | US$107,516,129 | US$247,824,016 |
| April 30, 2020 | 6.72% | US$123,941,186 | US$264,249,073 |
| April 30, 2021 | 4.86% | US$136,635,879 | US$276,943,766 |

---

[1]  Petitioners would be pleased to provide updated interest calculations should the Court so request.  The Court's Memorandum Opinion, ECF No. 30, decided that 28 U.S.C. § 1961(a)'s "interest rate will apply to the accumulation of interest from the date of this decision."  The cumulative interest owed on the Award as of March 29, 2021 is US$135,522,920, and the total value of the Award as of that date is US$275,830,807.  However, because post-judgment interest under § 1961(a) applies only "from the date of the entry of the judgment," and no judgment has yet been entered in this case, in the table above Petitioners have calculated interest at the rate provided in the Award up to April 30, 2021 (as a proxy for the date of entry of a final judgment in this case).  The interest rate in 28 U.S.C. § 1961(a) would then apply after entry of judgment.  *See Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, No. 18-cv-1371, 2020 U.S. Dist. LEXIS 126193, *1–2 (D.D.C. July 17, 2020), ECF No. 30; *see also Parsi v. Daioleslam*, 778 F.3d 116, 133 (D.C. Cir. 2015).

[2]  This column is calculated by adding together the damages awarded by the Tribunal (US$137,017,887), the cumulative interest on the Award (in the third column of the table), and the costs awarded by the Tribunal (US$3,290,000).

Dated: April 12, 2021
       New York, New York

Respectfully submitted,
By:     /s/ Elliot Friedman

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Elliot Friedman (D.C. Bar No. NY0106)
David Y. Livshiz (D.C. Bar No. NY0269)
Cameron C. Russell (D.C. Bar No. NY0321)
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone:  (212) 277-4000
Facsimile:  (212) 277-4001
*elliot.friedman@freshfields.com*
*david.livshiz@freshfields.com*
*cameron.russell@freshfields.com*

*Attorneys for Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal Lda*