UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TENARIS S.A., et al.,<br><br>　　　　*Petitioners*,<br><br>　v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>　　　　*Respondent*. | Civil Action No. 1:18-cv-01373 (CJN) |

### ORDER

　　The Court previously issued an Order, ECF No. 29, granting in part and denying in part Petitioners' Petition to Enforce Arbitration Award.  In accordance with that Order, Petitioners filed a Proposed Order of Judgment, ECF No. 31, which Respondent did not oppose.

　　Accordingly, it is hereby

　　**ORDERED** that Judgment is entered in favor of Petitioners Tenaris S.A. and Talta-Trading e Marketing Sociedade Unipessoal LDA against Respondent Bolivarian Republic of Venezuela in the amount of $276,943,766.00 USD.  It is further

　　**ORDERED** that post-judgment interest shall begin to accrue from the date of this judgment pursuant to 28 U.S.C. § 1961.

　　This is a final appealable Order

　　It is so **ORDERED**.

DATE:  August 24, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1